10485.  STANDARD PHARMACY *v.* COMMERCIAL SECURITY CO.

STEPHENS, J.  In a suit upon promissory notes by a transferee of the notes, where the defendant admitted a prima facie case and assumed the burden of proving as its defense that the plaintiff purchased the notes with notice of an infirmity therein, the trial judge did not err in directing a verdict for the plaintiff upon the failure of the evidence to disclose any fact or circumstance within the knowledge of the plaintiff prior to the purchase of the notes which would put a prudent man on his guard as to any defense which the defendant might have had against the payee of the note.

*Judgment affirmed. Jenkins, P. J., and Smith, J., concur.*
DECIDED DECEMBER 23, 1919.

Complaint; from city court of Waynesboro—Judge W. H. Davis. March 3, 1919.

*Brinson & Hatcher,* for plaintiff in error.
*Moore & Pomeroy, F. S. Burney, C. E. Cotterill,* contra.

---

10574.  HAMMOND *v.* DIRECTOR-GENERAL OF RAILROADS.

JENKINS, P. J.  The judgment of the court below in this case having been based upon the decision of this court in *Knight* v. *Savannah Electric Co.,* 20 *Ga. App.* 314 (93 S. E. 17), and the principle involved in the *Knight* case having been overruled by the recent decision of the Supreme Court in *Central of Georgia Ry. Co.* v. *Moore,* 149 *Ga.* 581 (101 S. E. 588), on a question certified to it by this court, the judgment of the court below in the instant case, sustaining the demurrer to the plaintiff's petition, must be reversed.  The ruling here made disposes of the only question argued in the briefs of counsel.

*Judgment reversed. Stephens and Smith, JJ., concur.*
DECIDED DECEMBER 23, 1919.

Action for damages; from Henry superior court—Judge Searcy. April 22, 1919.

Application for certiorari was denied by the Supreme Court.
*Reagan & Reagan, Reuben R. Arnold,* for plaintiff.
*Harris, Harris & Witman, Smith & Turner,* for defendant.